

**IN THE DISTRICT COURT OF LOGAN COUNTY**
**STATE OF OKLAHOMA**

STATE OF OKLAHOMA
LOGAN COUNTY SS:
FILED FOR RECORD ON

2017 OCT 24 PM 4: 10

BY _____ DEPUTY

LISA GRIGGS and APRIL MARLER, on
behalf of themselves and other Oklahoma
citizens similarly situated,

    Plaintiffs,

  vs.

NEW DOMINION LLC,
TNT OPERATING COMPANY, INC,
WHITE OPERATING COMPANY,
RAINBO SERVICE COMPANY,
DRYES CORNER LLC,
CHESAPEAKE OPERATING LLC,
DEVON ENERGY PRODUCTION CO LP,
SPECIAL ENERGY PRODUCTION CO LP,
ORCA OPERATING COMPANY LLC,
WHITE STAR PETROLEUM LLC,
EQUAL ENERGY US INC,
ELDER CRAIG OIL AND GAS LLC,
D&B OPERATING LLC,
M M ENERGY INC,
DAKOTA EXPLORATION LLC,
WICKLUND PETROLEUM CORP,
KIRKPATRICK OIL COMPANY INC,
TOOMEY OIL COMPANY INC,
CHAPARRAL ENERGY LLC,
EASTOK PIPELINE LLC,
MID-CON ENERGY OPERATING LLC,
MIDSTATES PETROLEUM CO LLC,
TERRITORY RESOURCES LLC,
and JOHN DOES 1 through 25,

    Defendants.

Case No.: CJ-2017-174

Hon. Judge Phillip C. Corley

**FIRST AMENDED CLASS ACTION PETITION**

COMES NOW Plaintiffs Lisa Griggs and April Marler, on behalf of themselves and the Class of similarly situated Oklahoma citizens (defined below), and for their class action petition against Defendants state as follows:

## I.   NATURE OF ACTION

1.   By disposing of fracking wastewater deep into the earth, Defendants introduced contaminants into the natural environment that caused an adverse change in the form of unnatural seismic activity. In other words, due to Defendants' pollution of the environment they caused the earthquakes at issue in this case.

2.   This is an action to recover Plaintiffs' and Class members' damages proximately caused by Defendants' pollution of the environment within and around Logan County, Oklahoma through the disposal by Defendants of fracking wastewater into injection wells, which are the pollutants.

3.   Plaintiffs and the Class seek damages from the Defendants in the form of the following:

    a.   Physical damages to real and personal property;

    b.   market value losses to their real property;

    c.   emotional distress; and,

    d.   punitive damages.

## II.   PARTIES

4.   Plaintiff Lisa Griggs is a citizen of Oklahoma. She is a resident of Logan County, Oklahoma.

5.   Plaintiff April Marler is a citizen of Oklahoma. She is a resident of Oklahoma County, Oklahoma.

6. Defendant New Dominion LLC ("New Dominion") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. New Dominion's wastewater disposal actions caused the seismicity within the Edmond Cluster, the Guthrie Cluster, and the Luther Cluster as alleged below. Its principal place of business is at 1307 S. Boulder Ave., Tulsa, Oklahoma 74119. Its registered agent for service of process is Mr. Fred Buxton at the same address.

7. Defendant TNT Operating Company ("TNT"), Inc. is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. TNT's wastewater disposal actions caused the seismicity within the Edmond Cluster as alleged below. Its principal place of business is at 10600 S. Pennsylvania Ave., Ste. 16-601, Oklahoma City, Oklahoma 73170. Its registered agent for service of process is Mr. Byron R. Neher at 920 South Fairmount Ave., Oklahoma City, Oklahoma 73128.

8. Defendant White Operating Company ("White Operating") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. White Operating's wastewater disposal actions caused the seismicity within the Edmond Cluster as alleged below. Its principal place of business is at 1627 SW 96th St., Oklahoma City, Oklahoma 73159. Its registered agent for service of process is Mr. Lloyd White at the same address.

9. Defendant Rainbo Service Company ("Rainbo") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. Rainbo's wastewater disposal actions caused the

seismicity within the Edmond Cluster as alleged below. Its principal place of business is at 1839 SE 25th St., Oklahoma City, Oklahoma. Its registered agent for service of process is K.D. Lackey, 6 NE 63rd St., Suite 275, Oklahoma City, Oklahoma 73105.

10.    Defendant Dryes Corner LLC ("Dryes Corner") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. Dryes Corner's wastewater disposal actions caused the seismicity within the Guthrie Cluster and the Crescent Cluster as alleged below. Its principal place of business is at 7005 N. Robinson Ave., Oklahoma City, Oklahoma 73116. Its registered agent for service of process is Len Cason, 201 Robert S. Kerr, Ste. 1600, Oklahoma City, Oklahoma 73102.

11.    Defendant Chesapeake Operating LLC ("Chesapeake") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. Chesapeake's wastewater disposal actions caused the seismicity within the Guthrie Cluster, the Covington Cluster, and the Perry Quake as alleged below. Its principal place of business is at 6100 North Western Ave., Oklahoma City, Oklahoma 73118. Its registered agent for service of process is The Corporation Company, 1833 S. Morgan Road, Oklahoma City, Oklahoma 73128.

12.    Defendant Devon Energy Production Company, L.P. ("Devon") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. Its principal place of business is at 333 W. Sheridan Ave., Oklahoma City, Oklahoma 73102. Devon's wastewater disposal actions caused the seismicity within the Langston Cluster, the Crescent Cluster, the North Crescent Cluster, the Covington Cluster, and the Perry Quake as alleged below. Its registered agent for

service of process is The Corporation Company, 1833 S. Morgan Road, Oklahoma City, Oklahoma 73128.

13. Defendant Special Energy Production Co LP ("Special Energy") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. Special Energy's wastewater disposal actions caused the seismicity within the Langston Cluster and the Perry Quake as alleged below. Its principal place of business is at 4815 Perkins Road, Stillwater, Oklahoma 74076. Its registered agent for service of process is John. F. Special, 4815 Perkins Road, Stillwater, Oklahoma 74074.

14. Defendant Orca Operating Company LLC ("Orca") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. Orca's wastewater disposal actions caused the seismicity within the Langston Cluster as alleged below. Its principal place of business is at 427 S. Boston Ave., Suite 929, Tulsa, Oklahoma 74114. Its registered agent for service of process is Orca Resources, LLC at the same address.

15. Defendant White Star Petroleum LLC, previously named American Energy Woodford LLC, ("White Star") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. White Star's wastewater disposal actions caused the seismicity within the Langston Cluster as alleged below. Its principal place of business is at 301 NW 63rd St., Suite 600, Oklahoma City, Oklahoma 73116. Its registered agent for service of process is The Corporation Company, 1833 S. Morgan Road, Oklahoma City, Oklahoma 73128.

-5-

16.     Defendant Equal Energy US Inc. ("Equal Energy") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. Equal Energy's wastewater disposal actions caused the seismicity within the Langston Cluster, the Luther Cluster, and the Stroud Quake as alleged below. Its principal place of business is at 15th West 6th Street, Suite 1100, Tulsa, Oklahoma 74119. Its registered agent for service is The Corporation Company, 1833 S. Morgan Road, Oklahoma City, Oklahoma 73128.

17.     Defendant Elder Craig Oil and Gas LLC ("Elder Craig") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. Elder Craig's wastewater disposal actions caused the seismicity within the Langston Cluster. Its principal place of business is 1004 NW 139th Street Parkway, Edmond, Oklahoma 73013. Its registered agent is Craig J. Elder, 6632 NW 110th Street. Oklahoma City, Oklahoma 73162.

18.     Defendant D&B Operating LLC ("D&B") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. D&B's wastewater disposal actions caused the seismicity within the Crescent Cluster. Its principal place of business is 223 W. Melrose, Ringwood, Oklahoma 73768. Its registered agent is Preston Jones, 46413 Beckham Road, Aline, Oklahoma 73716.

19.     Defendant M M Energy Inc. ("M M Energy") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. M M Energy's wastewater disposal actions caused the seismicity within the North Crescent Cluster, the Covington Cluster, and the Perry Quake as

- 6 -

alleged below. Its principal place of business is 13927 Quail Pointe Drive, Oklahoma City, Oklahoma 73134. Its registered agent is Mike Murphy, 2601 NW Expressway #904E, Oklahoma City, Oklahoma 73112.

20.    Defendant Dakota Exploration LLC ("Dakota") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. Dakota's wastewater disposal actions caused the seismicity within the Covington Cluster as alleged below. Its principal place of business is 110 W. 7th Street, Suite 210, Tulsa, Oklahoma 74119. Its registered agent is Ezzell and Shepherd, PLLC, 1010 W. Maple, Enid, Oklahoma 73702.

21.    Defendant Wicklund Petroleum Corporation ("Wicklund") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. Wicklund's wastewater disposal actions caused the seismicity within the Covington Cluster as alleged below. Wicklund is incorporated under the laws of the State of Oklahoma. Its registered agent is Scott M. Rayburn, 211 N. Robinson N1000, Oklahoma City, Oklahoma 73102.

22.    Defendant Kirkpatrick Oil Company, Inc. ("Kirkpatrick") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. Kirkpatrick's wastewater disposal actions caused the seismicity within the Covington Cluster as alleged below. Its principal place of business is 1001 W. Wilshire Boulevard, Suite 202, Oklahoma City, Oklahoma 73116. Its registered agent is Crowe & Dunlevy, a Professional Corporation, Attn: Cynda Ottaway, 324 North Robinson Avenue, Suite 100, Oklahoma City, Oklahoma 73102.

23.   Defendant Toomey Oil Company, Inc. ("Toomey") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. Toomey's wastewater disposal actions caused the seismicity within the Covington Cluster as alleged below. Its principal place of business is 1126 S. Frankfort Avenue, Suite 200, P.O. Box 1090, Tulsa, Oklahoma 74101. Its registered agent is Toomey Oil Co., Inc., 1126 S. Frankfort Ave., Tulsa, Oklahoma 74120.

24.   Defendant Chaparral Energy LLC ("Chaparral") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. Chaparral's wastewater disposal actions caused the seismicity within the Perry Quake as alleged below. Its principal place of business is 701 Cedar Lake Boulevard, Oklahoma City, Oklahoma 73114. Its registered agent is Capitol Document Services, Inc., 101 N. Robinson Avenue, 13th Floor, Oklahoma City, Oklahoma 73102.

25.   Defendant EastOK Pipeline LLC ("EastOK") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. EastOK's wastewater disposal actions caused the seismicity within the Perry Quake, the Luther Cluster, and the Stroud Quake as alleged below. EastOK is incorporated under the laws of the State of Oklahoma. Its registered agent is The Corporation Company, 1833 S. Morgan Road, Oklahoma City, Oklahoma 73128.

26.   Defendant Mid-Con Energy Operating LLC ("Mid-Con") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. Mid-Con's wastewater disposal actions caused the Stroud Quake as alleged below. Its principle place of business is 2431 E. 61st Street,

Suite 850, Tulsa, Oklahoma 74136. Its registered agent is Charles L. McLawhorn, 2431 E. 61st Street, Suite 850, Tulsa, Oklahoma 74136.

27.    Defendant MidStates Petroleum Company, Inc. ("MidStates") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. MidStates' wastewater disposal actions caused the seismicity within the Luther Cluster, and the Stroud Quake as alleged below. Its principal place of business is 321 S. Boston, Suite 1000, Tulsa, Oklahoma 74103. Its registered agent is The Corporation Company, 1833 S. Morgan Road, Oklahoma City, Oklahoma 73128.

28.    Defendant Territory Resources LLC ("Territory Resources") is a citizen of Oklahoma. It owns and conducts oil and gas operations in this State, and more specifically, owns and operates certain wastewater disposal wells at issue in this case. Territory Resources' wastewater disposal actions caused the seismicity within the Luther Cluster as alleged below. Its principal place of business is 1511 S. Sangre Road, Stillwater, Oklahoma 74074. Its registered agent is Crowe & Dunlevy, a Professional Corporation, Attn: James H. Holloman, Jr., 324 North Robinson Avenue, Suite 100, Oklahoma City, Oklahoma 73102.

29.    John Does 1-25 are other Oklahoma oil and gas companies that have engaged in injection well operations in and around Logan County, which have also contributed to the earthquakes and resulting damages to Plaintiffs and the Class members.

30.    Collectively, the Defendants specifically named above and John Does 1-25 are referred to in this petition as "Defendants."

## III.   JURISIDICTION AND VENUE

31.   Jurisdiction in this Court is proper.

32.   This Court also has personal jurisdiction over Defendants as they are citizens of Oklahoma, do substantial business in the State of Oklahoma and Logan County, and further, operate the wastewater disposal wells at issue within and nearby this judicial district.

33.   Venue is proper in this Court as a substantial part of the events giving rise to this claim occurred here, and Plaintiffs are citizens of Oklahoma and residents of Logan and Oklahoma Counties.

## IV.   FACTUAL ALLEGATIONS

34.   In recent years, thousands of earthquakes have occurred in Oklahoma.

35.   Oklahoma is now the most seismically active state in the continental United States.

36.   Scientists have tied these earthquakes to the disposal of wastewater from fracking operations, which the oil and gas industry uses to release trapped oil and gas.

37.   Over the years, the oil and gas industry has issued public statements to hide the seismic problems it is creating, and in fact has continued a mantra that their operations are not the cause of the earthquakes.

38.   In truth, Oklahoma's earthquakes over the past five or so years have been caused by the oil and gas industry's disposal of fracking related waste. Some have termed these earthquakes as "induced," "man-made," "human-made," or "frackquakes."

39.   The waste fluids generated from fracking are disposed of by injecting the wastewater fluids back into the earth under extreme pressure in what are usually called wastewater disposal wells or injection wells.

40.   The injection of wastewater into the earth is conducted by Defendants on oil lands. Compared with the overall population of Oklahoma, relatively few persons are engaged in this

activity. The disposal well drilling and injection of pressurized toxic water at high volumes back into the earth is inappropriate in proximity to faults in Logan County and surrounding counties.

41. Indeed, this process of pollution causes earthquakes, and has caused the earthquakes shaking Oklahoma since at least 2011.

42. In fact, the number of earthquakes in Oklahoma has increased more than 300 fold, from a maximum of 167 before 2009 to 5,838 in 2015.

43. As the number of earthquakes has increased, so has their severity. For example, the number of magnitude 3.5 earthquakes has increased fifty fold from 4 in 2009 to 220 in 2015. The following chart produced by the Oklahoma Geological Survey illustrates the increased severity of Oklahoma's earthquakes in recent years:



44.    These waste-induced earthquakes have toppled historic towers, caused parts of houses to fall and injure people, cracked walls, foundations, and basements, and shattered nerves, as people fear there could be worse to come.



45.    On March 28, 2016, and revised on June 17, 2016, the United States Geological Survey ("USGS") published a study quantifying these risks. It found that the earthquake risks in Oklahoma have risen rapidly as a result of deep disposal of production wastes. Oklahoma earthquake risks are now the highest in the nation. Maps included in the report show a broad swathe of the State of Oklahoma has a 5 to 12% likelihood of a highly damaging earthquake in the next year. Petersen, M.D., Mueller, C.S., Moschetti, M.P., Hoover, S.M., Llenos, A.L., Ellsworth, W.L., Michael, A.J., Rubinstein, J.L., McGarr, A.F., and Rukstales, K.S., 2016, *2016 One-year seismic hazard forecast for the Central and Eastern United States from induced and natural earthquakes*: U.S. Geological Survey Open File Report 2016–1035, 52 p., retrieved from: http://dx.doi.org/10.3133/ofr20161035.

46.    Plaintiff Griggs has owned the real property in Guthrie, Logan County, Oklahoma on which she makes her home since 2007.

47.    The area around Ms. Griggs' home has suffered over one hundred earthquakes of greater than 3.0 magnitude in the past three years. The most significant damages to Ms. Griggs' home have occurred since February of 2014. Multiple quakes of greater than 4.0 magnitude shook her home between February and August of 2014. In addition, between April and June of 2015, several more earthquakes of greater than 4.0 magnitude struck nearby, causing further damage to

her home. Further, her home continues to suffer damages due to the re-occurring and continued induced seismicity that is the subject of this pleading.

48.     Upon information and belief, these earthquakes were caused by nearby injection wells owned and operated by Defendants. Moreover, the earthquakes triggered by Defendants' wastewater disposal operations continue around Ms. Griggs' home and the areas nearby.

49.     As a result of the earthquakes, Plaintiff Griggs has sustained extensive damage to her home, including shifts to the piers of her home's foundation, cracks to the concrete block forming the foundation, separation of the chimney from the home, separation of the cabinets from walls, cracks and separations to exterior brick veneer and mortar joints, cracks to drywall, wracking of doors, damages to door casings, and separations in door and window trim.

50.     The damage to her home is in the thousands of dollars.

51.     Plaintiff Marler has owned the real property in Choctaw, Oklahoma County, Oklahoma, on which she makes her home since about 2012.

52.     The area around Choctaw and Ms. Marler's home has suffered damage from nearly one hundred earthquakes greater than 3.0 in magnitude over the past three years. The most significant damages to Ms. Marler's home occurred in mid-2014, when approximately 17 quakes measuring greater than 3.0 occurred in or around the Choctaw area. The largest, measuring 3.7 magnitude, occurred in Choctaw on May 31, 2014. The following day a 3.6 magnitude earthquake struck nearby; and approximately two weeks later, magnitude 3.9 and 3.5 earthquakes hit within a few miles of Ms. Marler's home. Further, her home continues to suffer damages due to the re-occurring and continued induced seismicity that is the subject of this pleading.

- 13 -

53. Upon information and belief, these earthquakes were caused by nearby injection wells owned and operated by Defendants. Moreover, the earthquakes triggered by their wastewater disposal operations continue around Ms. Marler's home and areas nearby.

54. As a result of all of these earthquakes, Plaintiff Marler has sustained damage to her home, including cracks to the foundation, cracks and separations to exterior brick veneer and mortar joints, cracks to drywall, and separations in door and window trim.

55. The damage to her home is in the thousands of dollars.

**A.    The Earthquakes at Issue Were Caused By Defendants' Wastewater Disposal**

56. Plaintiffs bring this action on behalf of themselves and the Class (as defined below) for nine clusters of earthquake swarms, or seismic events, caused by nearby wastewater injection operations by Defendants, which also caused the damages suffered by Plaintiffs and the Class.

57. This Petition focuses on Defendants' induced earthquakes of magnitude ("M") of 4.0 or greater, because these earthquakes are substantial and have resulted in damage to Class members' homes, businesses, and other real properties, as well as depriving Class members of their emotional wellbeing.

58. Further, this Petition focuses exclusively on wastewater disposal injection into Oklahoma's Arbuckle formation, where scientists have confirmed that the seismic activity caused by Defendants is occurring.

59. The nine wastewater induced earthquake sequences at issue in this Petition are identified as follows:

    a.    The "Edmond Cluster" refers to five induced earthquakes hitting near Edmond, Oklahoma as follows:

        i.    4.3M on June 16, 2014;

        ii.    4.3M on December 29, 2015;

- 14 -

    iii.    4.2M on January 1, 2016;

    iv.    4.1M on June 18, 2014; and,

    v.    4.2M on August 2, 2017.

b.    The "Guthrie Cluster" refers to five induced earthquakes hitting near Guthrie, Oklahoma as follows:

    i.    4.4M on August 19, 2014;

    ii.    4.0M on April 10, 2014;

    iii.    4.0M on July 12, 2014;

    iv.    4.0M on April 8, 2015; and,

    v.    4.0M on June 20, 2015.

c.    The "Langston Cluster" refers to four induced earthquakes hitting near Langston, Oklahoma as follows:

    i.    4.2M on April 7, 2014;

    ii.    4.2M on April 19, 2015;

    iii.    4.1M on February 9, 2014; and,

    iv.    4.1M on April 27, 2015.

d.    The "Crescent Cluster" refers to three induced earthquakes hitting near Crescent, Oklahoma as follows:

    i.    4.5M on July 27, 2015;

    ii.    4.2M on March 29, 2016; and,

    iii.    4.1M on July 28, 2015.

e.    The "North Crescent Cluster" refers to three induced earthquakes hitting north of Crescent, Oklahoma as follows:

- 15 -

      i.     4.2M on March 30, 2014;

      ii.    4.1M on March 30, 2014; and,

      iii.   4.1M on April 4, 2015.

f.     The "Covington Cluster" refers to four induced earthquakes hitting near Covington, Oklahoma as follows:

      i.     4.3M on June 17, 2015;

      ii.    4.2M on July 17, 2016;

      iii.   4.0M on September 30, 2014; and,

      iv.   4.0M on June 14, 2015.

g.    The "Perry Quake" refers to an induced earthquake hitting near Perry, Oklahoma of 4.2M on January 25, 2015.

h.    The "Luther Cluster" refers to two earthquakes hitting near Luther, Oklahoma as follows:

      i.     4.2M on April 7, 2014; and,

      ii.    4.0M on August 17, 2016.

i.     The "Stroud Quake" refers to an induced earthquake hitting near Stroud, Oklahoma of 4.2M on July 14, 2017.

**B.    Responsibility for the Edmond Cluster and Resulting Damages:**

60.    The Edmond Cluster of human-induced earthquakes were caused by nearby wastewater injection operations conducted by Defendants New Dominion, TNT, White Operating, and Rainbo.

a.    Historically, New Dominion has injected hundreds of thousands of barrels (one barrel is equal to 42 gallons) of wastewater into the Arbuckle each month through its disposal wells near Edmond. More specifically, its Wishon SWD,

- 16 -

Chambers, Sweetheart, Deep Throat, Peyton SWD, and Flower Power wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that, collectively, these New Dominion wells polluted the Arbuckle formation with fracking waste of about 200 million barrels or 8.4 billion gallons of waste. New Dominion's disposal of these substantial amounts of fracking waste into the Arbuckle formation near Edmond caused the earthquakes within the Edmond Cluster and resulted in damages to Plaintiffs and the Class.

b.      Historically, TNT has injected hundreds of thousands of barrels of wastewater each month into the Arbuckle through its Baker-Townsend disposal well near Edmond. Publicly available data reveals that the Baker-Townsend well polluted the Arbuckle formation with fracking waste of about 10 million barrels or 420 million gallons of waste. TNT's disposal of these substantial amounts of fracking waste into the Arbuckle formation near Edmond caused the earthquakes within the Edmond Cluster and resulted in damages to Plaintiffs and the Class.

c.      Historically, White Operating has injected hundreds of thousands of barrels of wastewater into the Arbuckle each month through its disposal wells near Edmond. More specifically, its Walnut Grove and Mary Unsell wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that, collectively, these White Operating wells polluted the Arbuckle formation with fracking waste of about 9 million barrels or about 380 million gallons of waste. White Operating's disposal of these substantial amounts of fracking waste into the Arbuckle formation near Edmond caused the earthquakes within the Edmond Cluster and resulted in damages to Plaintiffs and the Class.

d.      Historically, Rainbo has injected tens of thousands of barrels of wastewater into the Arbuckle each month through its Brady-Teller and Pesthouse disposal wells near Edmond. Publicly available data reveals that Rainbo's disposal wells polluted the Arbuckle formation with fracking waste of about 1 million barrels or about 42 million gallons of waste. Rainbo's disposal of these substantial amounts of fracking waste into the Arbuckle formation near Edmond caused the earthquakes within the Edmond Cluster and resulted in damages to Plaintiffs and the Class.

**C.      Responsibility for the Guthrie Cluster and Resulting Damages:**

61.     The Guthrie Cluster of human-induced earthquakes were caused by nearby wastewater injection operations conducted by Defendants New Dominion, Dryes Corner, and Chesapeake.

a.      Historically, New Dominion has injected hundreds of thousands of barrels of wastewater into the Arbuckle each month through its disposal wells near Guthrie. More specifically, its Wishon SWD disposal well has injected large volumes of waste into the Arbuckle. Publicly available data reveals that the Wishon SWD well polluted the Arbuckle formation with fracking waste of about 7 million barrels or 294 million gallons of waste. New Dominion's disposal of these substantial amounts of fracking waste into the Arbuckle formation near Guthrie caused the earthquakes within the Guthrie Cluster and resulted in damages to Plaintiffs and the Class.

b.      Historically, Dryes Corner has injected tens of thousands of barrels of wastewater into the Arbuckle each month through its disposal well near Guthrie. More specifically, its Safair wastewater disposal well has injected large volumes of waste into the Arbuckle. Publicly available data reveals that the Safair well polluted

the Arbuckle formation with fracking waste of about 2.6 million barrels or over 109 million gallons of waste. Dryes Corner's disposal of these substantial amounts of fracking waste into the Arbuckle formation near Guthrie caused the earthquakes within the Guthrie Cluster and resulted in damages to Plaintiffs and the Class.

c.    Historically, Chesapeake has injected tens of thousands of barrels of wastewater into the Arbuckle each month through its disposal wells near Guthrie. More specifically, its West Edmond wastewater disposal well has injected large volumes of waste into the Arbuckle. Publicly available data reveals that this well polluted the Arbuckle formation with fracking waste of about 1.5 million barrels or over 63 million gallons of waste. Chesapeake's disposal of these substantial amounts of fracking waste into the Arbuckle formation near Guthrie caused the earthquakes within the Guthrie Cluster and resulted in damages to Plaintiffs and the Class.

**D.    Responsibility for the Langston Cluster and Resulting Damages:**

62.    The Langston Cluster of human-induced earthquakes were caused by nearby wastewater injection operations conducted by Defendants Devon, Special Energy, Orca, White Star, Equal Energy, and Elder Craig.

a.    Historically, Devon has injected millions of barrels of wastewater into the Arbuckle each month through its disposal wells near Langston. More specifically, its Cunningham 23-1, Hopkins, Dudek 12-18N-3W, Frank SWD, Eavenson 24-19N, Woodard, Lenora 29-18N-1W, Winney, Adkisson, and Peach wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that, collectively, these Devon wells polluted the Arbuckle formation with fracking waste of about 25 million barrels or about 1 billion gallons

- 19 -

of waste. Devon's disposal of these substantial amounts of fracking waste into the Arbuckle formation near Langston caused the earthquakes within the Langston Cluster and resulted in damages to Plaintiffs and the Class.

b.      Historically, Special Energy has injected hundreds of thousands of barrels of wastewater into the Arbuckle each month through its disposal wells near Langston. More specifically, its Ramsey Unit 1-17, Ramsey Unit 1-18, Iconium SWD, and Ramsey Unit 1-19 wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that, collectively, these Special Energy wells polluted the Arbuckle formation with fracking waste of about 13 million barrels or 546 million gallons of waste. Special Energy's disposal of these substantial amounts of fracking waste into the Arbuckle formation near Langston caused the earthquakes within the Langston Cluster and resulted in damages to Plaintiffs and the Class.

c.      Historically, Orca has injected hundreds of thousands of barrels of wastewater into the Arbuckle each month through its disposal wells near Langston. More specifically, its Northcut SWD wastewater disposal well has injected large volumes of waste into the Arbuckle. Publicly available data reveals that this well polluted the Arbuckle formation with fracking waste of about 2.5 million barrels or 105 million gallons of waste. Orca's disposal of these substantial amounts of fracking waste into the Arbuckle formation near Langston caused the earthquakes within the Langston Cluster and resulted in damages to Plaintiffs and the Class.

d.      Historically, White Star has injected hundreds of thousands of barrels of wastewater into the Arbuckle each month through its disposal wells near Langston.

More specifically, its Boyce SWD, Bode SWD, Hopkins SWD, and Katz wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that, collectively, these White Star wells polluted the Arbuckle formation with fracking waste of about 5.8 million barrels or about 250 million gallons of waste. White Star's disposal of these substantial amounts of fracking waste into the Arbuckle formation near Langston caused the earthquakes within the Langston Cluster and resulted in damages to Plaintiffs and the Class.

e.      Historically, Equal Energy has injected tens of thousands of barrels of wastewater into the Arbuckle each month through its disposal wells near Langston. More specifically, its Goodnight SWD 3, Goodnight SWD 4, and Goodnight SWD 1 wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that, collectively, these Equal Energy wells polluted the Arbuckle formation with fracking waste of about 2.6 million barrels or about 109 million gallons of waste. Equal Energy's disposal of these substantial amounts of fracking waste into the Arbuckle formation near Langston caused the earthquakes within the Langston Cluster and resulted in damages to Plaintiffs and the Class.

f.      Historically, Elder Craig has injected tens of thousands of barrels of wastewater into the Arbuckle each month through its disposal wells near Langston. More specifically, its Meridian wastewater disposal well has injected large volumes of waste into the Arbuckle. Publicly available data reveals that this well polluted the Arbuckle formation with fracking waste of about 834,000 barrels or about 35 million gallons of waste. Elder Craig's disposal of these substantial amounts of

fracking waste into the Arbuckle formation near Langston caused the earthquakes within the Langston Cluster and resulted in damages to Plaintiffs and the Class.

**E.**     **Responsibility for the Crescent Cluster and Resulting Damages:**

63.     The Crescent Cluster of human-induced earthquakes were caused by nearby wastewater injection operations conducted by Defendants Dryes Corner, Devon, and D&B.

a.     Historically, Dryes Corner has injected tens of thousands of barrels of wastewater into the Arbuckle each month through its disposal well near Crescent. More specifically, its Safair wastewater disposal well has injected large volumes of waste into the Arbuckle. Publicly available data reveals that this well polluted the Arbuckle formation with fracking waste of about 2.7 million barrels or about 113 million gallons of waste. Dryes Corner's disposal of these substantial amounts of fracking waste into the Arbuckle formation near Crescent caused the earthquakes within the Crescent Cluster and resulted in damages to Plaintiffs and the Class.

b.     Historically, Devon has injected hundreds of thousands of barrels of wastewater into the Arbuckle each month through its disposal wells near Crescent. More specifically, its Fuxa 25-19N-4W, Eavenson 24-19N, Adkisson, Dudek 12-18N-3W, Cunningham 23-1, Frank SWD, Hopkins, Lena 15-19N-3W, Peach, Lemmons 14-19N-3W, Wilma SWD, Lenora 29-18N-1W, Winney, Woodard, and Smith wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that these wells polluted the Arbuckle formation with fracking waste of about 33 million barrels or nearly 1.4 billion gallons of waste. Devon's disposal of these substantial amounts of fracking waste into the Arbuckle formation near Crescent caused the earthquakes within the Crescent Cluster and resulted in damages to Plaintiffs and the Class.

c.    Historically, D&B has injected hundreds of thousands of barrels of wastewater into the Arbuckle each month through its disposal well near Crescent. More specifically, its Oak Valley SWD wastewater disposal well has injected large volumes of waste into the Arbuckle. Publicly available data reveals that this well polluted the Arbuckle formation with fracking waste of about 2.1 million barrels or nearly 84 million gallons of waste. D&B's disposal of these substantial amounts of fracking waste into the Arbuckle formation near Crescent caused the earthquakes within the Crescent Cluster and resulted in damages to Plaintiffs and the Class.

**F.    Responsibility for the North Crescent Cluster and Resulting Damages:**

64.    The North Crescent Cluster of human-induced earthquakes were caused by nearby wastewater injection operations conducted by Defendants Devon, and M M Energy.

a.    Historically, Devon has injected millions of barrels of wastewater into the Arbuckle each month through its disposal wells in the north Crescent area. More specifically, its Fuxa 25-19N-4W, Eavenson 24-19N, Adkisson, Cunningham 23-1, Smith, Lena 15-19N-3W, Lemmons 14-19N-3W, Hopfer, Limestone SWD, Dudek 12-18N-3W, Frank SWD, Hopkins, Peach, Williams, Olmstead 21-21N-15WD, Wilma SWD, and Geihsler wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that these wells polluted the Arbuckle formation with fracking waste of about 30 million barrels or nearly 1.3 billion gallons of waste. Devon's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the north Crescent area caused the earthquakes within the North Crescent Cluster and resulted in damages to Plaintiffs and the Class.

b.      Historically, M M Energy has injected hundreds of thousands of barrels of wastewater into the Arbuckle each month through its disposal well in the north Crescent area. More specifically, its School Land 64 wastewater disposal well has injected large volumes of waste into the Arbuckle. Publicly available data reveals that this well polluted the Arbuckle formation with fracking waste of about 31.5 million barrels or nearly 1.3 billion gallons of waste. M M Energy's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the north Crescent area caused the earthquakes within the North Crescent Cluster and resulted in damages to Plaintiffs and the Class.

**G.      Responsibility for the Covington Cluster and Resulting Damages:**

65.    The Covington Cluster of human-induced earthquakes were caused by nearby wastewater injection operations conducted by Defendants M M Energy, Devon, Chesapeake, Dakota Exploration, Wicklund, Kirkpatrick Oil, and Toomey Oil.

a.      Historically, M M Energy has injected hundreds of thousands of barrels of wastewater into the Arbuckle each month through its disposal wells in the Covington area. More specifically, its School Land 64 and Gregg wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that these wells polluted the Arbuckle formation with fracking waste of about 34 million barrels or nearly 1.4 billion gallons of waste. M M Energy's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Covington area caused the earthquakes within the Covington Cluster and resulted in damages to Plaintiffs and the Class.

b.      Historically, Devon has injected millions of barrels of wastewater into the Arbuckle each month through its disposal wells in the Covington area. More

- 24 -

specifically, its Fuxa 25-19N-4W, Eavenson 24-19N, Buffington 29-22, Big Iron 4-4-21N-1E, Vargas 3-20N-1E, Olmstead 21-21N-15WD, Janice 7-21N-3W, Williams, Sebranek, Limestone SWD, Smith, Geihsler, Frank SWD, Dudek 12-18N-3W, and Bontrager wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that these wells polluted the Arbuckle formation with fracking waste of about 34.6 million barrels or nearly 1.5 billion gallons of waste. Devon's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Covington area caused the earthquakes within the Covington Cluster and resulted in damages to Plaintiffs and the Class.

c.      Historically, Chesapeake has injected nearly a million barrels of wastewater into the Arbuckle each month through its disposal wells in the Covington area. More specifically, its O'Neil, Yost, Gerken, and Sara Yost wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that these wells polluted the Arbuckle formation with fracking waste of about 30 million barrels or nearly 1.3 billion gallons of waste. Chesapeake's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Covington area caused the earthquakes within the Covington Cluster and resulted in damages to Plaintiffs and the Class.

d.      Historically, Dakota has injected tens of thousands of barrels of wastewater into the Arbuckle each month through its disposal wells in the Covington area. More specifically, its Oberlender and PLC wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that these

wells polluted the Arbuckle formation with fracking waste of about 1 million barrels or nearly 42 million gallons of waste. Dakota's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Covington area caused the earthquakes within the Covington Cluster and resulted in damages to Plaintiffs and the Class.

e.    Historically, Wicklund has injected tens of thousands of barrels of wastewater into the Arbuckle each month through its disposal well in the Covington area. More specifically, its SWDW wastewater disposal well has injected large volumes of waste into the Arbuckle. Publicly available data reveals that this well polluted the Arbuckle formation with fracking waste of about 1.9 million barrels or nearly 84 million gallons of waste. Wicklund's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Covington area caused the earthquakes within the Covington Cluster and resulted in damages to Plaintiffs and the Class.

f.    Historically, Kirkpatrick has injected tens of thousands of barrels of wastewater into the Arbuckle each month through its disposal well in the Covington area. More specifically, its Little Beaver SWD wastewater disposal well has injected large volumes of waste into the Arbuckle. Publicly available data reveals that this well polluted the Arbuckle formation with fracking waste of about 772,000 barrels or nearly 32 million gallons of waste. Kirkpatrick's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Covington area caused the earthquakes within the Covington Cluster and resulted in damages to Plaintiffs and the Class.

g.      Historically, Toomey has injected tens of thousands of barrels of wastewater into the Arbuckle each month through its disposal well in the Covington area. More specifically, its Ruth wastewater disposal well has injected large volumes of waste into the Arbuckle. Publicly available data reveals that this well polluted the Arbuckle formation with fracking waste of about 3 million barrels or nearly 126 million gallons of waste. Toomey's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Covington area caused the earthquakes within the Covington Cluster and resulted in damages to Plaintiffs and the Class.

**H.      Responsibility for the Perry Quake and Resulting Damages:**

66.      The Perry Quake was a human-induced earthquake. It occurred on January 25, 2015 and was of 4.2M. The Perry Quake was caused by nearby wastewater injection operations conducted by Defendants Devon, Chaparral, EastOK, Chesapeake, Special Energy, and M M Energy.

a.      Historically, Devon has injected millions of barrels of wastewater into the Arbuckle each month through its disposal wells in the Perry area. More specifically, its Big Iron 4-4-21N-1E, Vargas 3-20N-1E, Bontrager, H. Voise 14-21N-1E, Buffington 29-22, Rains 5-20N-2E, Eavenson 24-19N, Thomason 15-20N, Leigh 8-19N-3E, Cunningham 23-1, Hicks, Singleton SWD, Cedar Grove, Vitek, Hopkins, Gilbert, and Frank SWD wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that these wells polluted the Arbuckle formation with fracking waste of about 61.8 million barrels or nearly 2.7 billion gallons of waste. Devon's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Perry area caused the

earthquakes within the Perry Quake and resulted in damages to Plaintiffs and the Class.

b.      Historically, Chaparral has injected hundreds of thousands of barrels of wastewater into the Arbuckle each month through its disposal well in the Perry area. More specifically, its Suplex SWD wastewater disposal well has injected large volumes of waste into the Arbuckle. Publicly available data reveals that this well polluted the Arbuckle formation with fracking waste of about 4.9 million barrels or nearly 205 million gallons of waste. Chaparral's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Perry area caused the earthquakes within the Perry Quake and resulted in damages to Plaintiffs and the Class.

c.      Historically, EastOK has injected hundreds of thousands of barrels of wastewater into the Arbuckle each month through its disposal wells in the Perry area. More specifically, its EastOK-Steichen, EastOK, EastOK-Ruark, EastOK-Cabernet, and EastOK-Drummond wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that this well polluted the Arbuckle formation with fracking waste of about 16.8 million barrels or about 705 million gallons of waste. EastOK's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Perry area caused the earthquakes within the Perry Quake and resulted in damages to Plaintiffs and the Class.

d.      Historically, Chesapeake has injected millions of barrels of wastewater into the Arbuckle each month through its disposal wells in the Perry area. More

specifically, its Yost, O'Neil, Sara Yost, and Gerken wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that these wells polluted the Arbuckle formation with fracking waste of about 30 million barrels or about 1.2 billion gallons of waste. Chesapeake's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Perry area caused the earthquakes within the Perry Quake and resulted in damages to Plaintiffs and the Class.

e.      Historically, Special Energy has injected hundreds of thousands of barrels of wastewater into the Arbuckle each month through its disposal well in the Perry area. More specifically, its Ramsey Unit wastewater disposal well has injected large volumes of waste into the Arbuckle. Publicly available data reveals that this well polluted the Arbuckle formation with fracking waste of about 9.3 million barrels or nearly 390 million gallons of waste. Special Energy's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Perry area caused the earthquakes within the Perry Quake and resulted in damages to Plaintiffs and the Class.

f.      Historically, M M Energy has injected nearly a million barrels of wastewater into the Arbuckle each month through its disposal well in the Perry area. More specifically, its School Land 64 wastewater disposal well has injected large volumes of waste into the Arbuckle. Publicly available data reveals that this well polluted the Arbuckle formation with fracking waste of about 31.6 million barrels or nearly 1.3 billion gallons of waste. M M Energy's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Perry area

caused the earthquakes within the Perry Quake and resulted in damages to Plaintiffs and the Class.

I.    **Responsibility for the Luther Cluster and Resulting Damages:**

67.    The Luther Cluster of human-induced earthquakes were caused by nearby wastewater injection operations conducted by Defendants New Dominion, MidStates, Territory Resources, and Equal Energy.

a.    Historically, New Dominion has injected hundreds of thousands of barrels of wastewater into the Arbuckle each month through its disposal wells in the Luther area. More specifically, its Peyton SWD and Wishon wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that these wells polluted the Arbuckle formation with fracking waste of about 20 million barrels or nearly 2.7 billion gallons of waste. New Dominion's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Luther area caused the earthquakes within the Luther Cluster and resulted in damages to Plaintiffs and the Class.

b.    Historically, MidStates has injected hundreds of thousands of barrels of wastewater into the Arbuckle each month through its disposal wells in the Luther area. More specifically, its East Wellston, Hazel, Fire, and Chase wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that these wells polluted the Arbuckle formation with fracking waste of about 28 million barrels or nearly 1.17 billion gallons of waste. MidStates' disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Luther area caused the earthquakes within the Luther Cluster and resulted in damages to Plaintiffs and the Class.

c.      Historically, Territory Resources has injected tens of thousands of barrels of wastewater into the Arbuckle each month through its disposal well in the Luther area. More specifically, its Octagon wastewater disposal well has injected large volumes of waste into the Arbuckle. Publicly available data reveals that this well polluted the Arbuckle formation with fracking waste of about 1.5 million barrels or nearly 63 million gallons of waste. Territory Resources' disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Luther area caused the earthquakes within the Luther Cluster and resulted in damages to Plaintiffs and the Class.

d.      Historically, Equal Energy has injected millions of barrels of wastewater into the Arbuckle each month through its disposal wells in the Luther area. More specifically, its Twin Cities 1, 2, and 3, Twin Cities North 1 and 2, West Carney, and CD wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that these wells polluted the Arbuckle formation with fracking waste of about 71 million barrels or nearly 3 billion gallons of waste. Equal Energy's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Luther area caused the earthquakes within the Luther Cluster and resulted in damages to Plaintiffs and the Class.

**J.      Responsibility for the Stroud Quake and Resulting Damages:**

68.     The Stroud Quake was a human-induced earthquake. It occurred on July 14, 2017, and was of 4.2M. The Stroud Quake was caused by nearby wastewater injection operations conducted by Defendants Equal Energy, Mid-Con, and MidStates.

a.      Historically, Equal Energy has injected millions of barrels of wastewater into the Arbuckle each month through its disposal wells in the Stroud area. More

specifically, its Twin Cities North 2, Twin Cities North 1-24, Twin Cities 1, Twin Cities 2, CD 1, Twin Cities 3, and CD 2 wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that these wells polluted the Arbuckle formation with fracking waste of about 101 million barrels or nearly 4.3 billion gallons of waste. Equal Energy's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Stroud area caused the Stroud Quake and resulted in damages to Plaintiffs and the Class.

b.       Historically, Mid-Con has injected millions of barrels of wastewater into the Arbuckle each month through its disposal wells in the Stroud area. More specifically, its G.W. Fisher, Miller, B. Wilson, Fisher G.W. SWD, Amy Simpson, and McBride wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that these wells polluted the Arbuckle formation with fracking waste of about 43 million barrels or nearly 1.8 billion gallons of waste. Mid-Con's disposal of these substantial amounts of fracking waste into the Arbuckle formation in the Stroud area caused the Stroud Quake, and resulted in damages to Plaintiffs and the Class.

c.       Historically, MidStates has injected hundreds of thousands of barrels of wastewater into the Arbuckle each month through its disposal wells in the Stroud area. More specifically, its Fire and Hazel wastewater disposal wells have injected large volumes of waste into the Arbuckle. Publicly available data reveals that these wells polluted the Arbuckle formation with fracking waste of about 21.7 million barrels or nearly 911 million gallons of waste. MidStates' disposal of these

substantial amounts of fracking waste into the Arbuckle formation in the Stroud area caused the Stroud Quake, and resulted in damages to Plaintiffs and the Class.

## V.   CLASS ALLEGATIONS

69.   Plaintiffs and the Class reallege and incorporate by reference all allegations contained in the preceding paragraphs as if fully set forth herein.

70.   Plaintiffs bring this action, on behalf of themselves and all others similarly situated, as a class action pursuant to 12 O.S. § 2023.

71.   The Class that Plaintiffs seek to represent (the "Class") is defined as follows:

a.   Citizens of Oklahoma;

b.   owning a home or business in Logan County, Payne County, Lincoln County, Creek County, Oklahoma County, Canadian County, Kingfisher County, Garfield County, or Noble County (hereafter, the "Class Area");

c.   during the dates of seismic activity within the Class Area between March 30, 2014 and through present (the "Class Period");

d.   excluded from the Class are all properties on lands where there is any federal oversight, such as Tribal or Indian Lands; and,

e.   excluded from the Class are Defendants and their officers and directors, and the judge presiding over this action and his/her immediate family members.

72.   Plaintiffs reserve the right to amend the definition of the Class if discovery and further investigation reveals that the Class should be expanded or otherwise modified.

73.   This action is brought and properly may be maintained as a class action pursuant to 12 O.S. § 2023, and satisfies the requirements of its provisions.

### A.   Numerosity

74.     These human-made earthquakes are continuing in the Class Area, and thus, more properties are likely to suffer damages.

75.     The Class Area includes several counties in Oklahoma where thousands of Oklahoma's citizens reside in their homes and operate businesses.

76.     As such, the Class is sufficiently numerous and has members scattered over several counties so as to make joinder of all members of the Class in a single action impracticable, and therefore, the resolution of their claims through the procedure of a class action will be to the benefit of the parties and the Court.

### B.   Commonality

77.     Plaintiffs' claims raise issues of fact or law which are common to the members of the putative Class. These common questions include, but are not limited to:

   a.     whether Defendants' disposal well operations within the Class Area caused earthquakes in the Class Area;

   b.     whether these induced earthquakes caused damage to the personal and real property of Plaintiffs and the members of the Class;

   c.     whether Defendants owed a duty to the Plaintiffs and the members of the putative Class;

   d.     whether Defendants' conduct amounted to a nuisance;

   e.     whether Defendants' conduct is an ultra-hazardous activity;

   f.     whether Defendants' operations were negligently performed;

   g.     whether Defendants caused a trespass;

   h.     whether Plaintiffs and the members of the putative Class have suffered damages proximately caused by Defendants' wastewater disposal operations; and,

- 34 -

i.    whether a judgment including punitive damages is appropriate.

**C.    Typicality**

78.    Plaintiffs' claims are typical of the claims of the other members of the Class they seek to represent because, at bottom, all of the claims center upon whether Defendants' wastewater injection operations have caused the seismicity within the Class Area during the Class Period.

**D.    Adequacy**

79.    Plaintiffs are interested in the outcome of this litigation and understand the importance of adequately representing the Class.

80.    Plaintiffs will fairly and adequately protect the interests of the Class sought to be certified.

81.    Plaintiffs are adequate representatives of the Class because they have no interests that are adverse to the interests of the members of the Class. Plaintiffs are committed to the vigorous prosecution of this action and, to that end, Plaintiffs have retained competent counsel, qualified to adequately represent the Class, and experienced in handling class-action and complex tort litigation.

**E.    Predominance**

82.    Questions of law or fact common to the members of the Class predominate over questions affecting only individual members.

**F.    Superiority**

83.    A class action is superior to other available methods for the fair and efficient adjudication of the controversy. The predicate issues relate to Defendants' wastewater injection operations, actions and activities, and whether these activities pose a nuisance, are an ultra-hazardous activity, were negligently performed, or caused trespasses. The focus of this action will

be on the common and uniform conduct of Defendants in conducting their wastewater injection operations during the Class Period and within the Class Area.

84.     Absent class action relief, the putative Class Members would be forced to prosecute hundreds of similar claims in different district court venues. Such an event would cause tremendous amounts of waste of judicial resources, but the prosecution of these claims as a class action will promote judicial economy.

85.     The prosecution of separate actions by individual members of the Class would create a risk of:

a.     inconsistent or varying adjudications with respect to individual members of the Class, which would establish incompatible standards of conduct for the Defendants; and,

b.     adjudications with respect to individual members of the Class, which would as a practical matter be dispositive of the interests of the other members not parties to the adjudications or substantially impair or impede their ability to protect their interests.

86.     Plaintiffs are not aware of any difficulty which will be encountered in the management of this litigation which should preclude its maintenance as a class action.

## VI.   CAUSES OF ACTION

### COUNT I
### STRICT LIABILITY FOR ULTRAHAZARDOUS ACTIVITY

87.   Plaintiffs and the Class reallege and incorporate by reference all allegations contained in the preceding paragraphs as if fully set forth herein.

88.   Defendants' actions described above are ultrahazardous activities that necessarily involve a risk of serious harm to a person that cannot be eliminated by the exercise of the utmost care and are not matters of common usage.

89.   Defendants conducted wastewater disposal operations at the locations identified in this pleading and contributed to the seismicity that is the subject of this petition.

90.   Defendants' disposal wells at issue inject billions upon billions of gallons of wastewater into Oklahoma's Arbuckle.

91.   Since the 1960s, and the events surrounding the induced seismicity near the Rocky Mountain Arsenal, those engaged in wastewater disposal have known that earthquakes can be caused by such activity, including the Defendants.

92.   Defendants have also been aware since as early as 2009 that substantial increase in disposal of wastewater into Oklahoma's Arbuckle formation was causing earthquakes, but they ignored it and continued to pump billions of gallons of waste into the Class Area – and continue to cause substantial seismic events.

93.   Since 2015, it has been admitted by Oklahoma's government that all of Oklahoma's seismicity since 2009 is due to wastewater injection operations into Oklahoma's Arbuckle formation, which resides very deep below Oklahoma's surface. Indeed, in early-August 2015, more than a year before the 5.8m Labor Day weekend quake near Pawnee (the largest quake to shake Oklahoma), Governor Mary Fallin, the Oklahoma Secretary of Energy and Environment

Michael Teague, and the Governor's Coordinating Counsel on Seismic Activity acknowledged a "direct correlation" between Oklahoma's seismicity and wastewater disposal. Yet, Defendants' unreasonably dangerous activities continued within the Class Area.

94.    Defendants' billions of gallons of wastewater disposal operations into the Arbuckle created a high degree of risk of some harm to persons, commercial buildings, homes, and/or the chattels of others in the areas within and surrounding the Class Area.

a.    It is known that earthquakes can cause substantial injuries to people, and in fact, Sandra Ladra of Prague, Oklahoma, sued two oil and gas companies for substantial personal injuries to her knees when rocks on her fireplace fell during a 5.7m wastewater disposal induced earthquake near Prague hit in November of 2011. This fact was well known within the oil and gas industry, and to the Defendants.

b.    Moreover, after the Governor, the Secretary of Energy and Environment, and the Seismicity Council acknowledged the "direct correlation" between Oklahoma's seismicity and fracking wastewater disposal, several schools in Oklahoma began to educate their students on earthquake preparedness, and also implemented safety drills – further support that wastewater induced seismicity involves a substantial risk of harm.

c.    Oklahoma's seismicity, all of which since 2009 has been determined to be induced by wastewater injection, has caused millions of dollars in damages to properties around the state. High profile cases involve over $2 million in damages to St. Gregory's iconic building Benedictine Hall, and the Lions Club's building in Cushing.

d.  The Labor Day 2016 weekend quake near Pawnee, for example, Defendants' induced earthquakes have totaled the home of Johnny and Janice Bryant, and have caused more than $400,000.00 in damages to government buildings of the Pawnee Nation.

e.  Thus, there is an obvious high degree of risk of some damage to persons, homes, and other properties due to wastewater disposal operations that create earthquakes, and the likelihood that harm will result from induced seismicity is great.

95.  There is an inability to eliminate the risks detailed above with the exercise of reasonable care as to the Defendants' actions of disposing of billions of gallons of wastewater in the Arbuckle – the induced earthquakes are inevitable and a known consequence to those that dispose of these wastes in this manner, scientifically.

96.  Even Defendants' compliance with government licensing and/or regulations does not eliminate the risk of causing seismicity and resulting harm to persons and property, and moreover, is no bar to the application of absolute liability principles under Oklahoma law.

97.  Wastewater disposal operations, especially into Oklahoma's Arbuckle and near faults, are not a matter of common usage, and indeed, are analogous to activities routinely considered as ultrahazardous such as blasting, demolition operations, the use, transport, or storing of hazardous chemicals, and the controlled burning of fields. All of these activities involve inherent risks, and are certainly not "normal to the average man."

98.  It is inappropriate to dispose of millions of gallons of fracking wastewater into Oklahoma's Arbuckle formation, especially in areas where there are fault lines nearby. Such activity unavoidably involves unreasonable risk.

99.     While fracking wastewater disposal is necessary part of oil and gas exploration and is of a value to the community, such is outweighed by its dangerous attributes – especially when such operations involve such huge volumes of wastewater, disposed of deep into the Arbuckle formation, and near fault lines, and that result in devastating seismicity.

100.    As a direct and proximate result of Defendants' ultrahazardous activities, Plaintiffs and Class members have suffered damages to which Defendants are strictly liable.

101.    As a direct and proximate result of Defendants' ultrahazardous activities, Plaintiffs and Class members have suffered damages to their homes and businesses in the form of physical damages, market losses, and damages to their personal property.

102.    As a direct and proximate result of Defendants' ultrahazardous activities, Plaintiffs and Class members have suffered, and continue to suffer, emotional harm for which Defendants should be held strictly liable.

## COUNT II
## NEGLIGENCE

103.    Plaintiffs and the Class reallege and incorporate by reference all allegations contained in the preceding paragraphs as if fully set forth herein.

104.    The Defendants owed a duty to Plaintiffs and the Class to use ordinary care and to operate or maintain their injection wells without causing or contributing to harmful seismic activity. Defendants were experienced in these operations and were well aware of the connection between injection wells and seismic activity and acted in disregard of the known facts.

105.    As a direct and proximate result of the acts, omissions, and faults of the Defendants, the Plaintiffs and the Class have suffered injuries, reasonably foreseeable to the Defendants, in the form of property damages to their homes and businesses, physical damages and market losses, damages to their personal property, and emotional harm, all of which is continuing and ongoing.

- 40 -

## COUNT III
## PRIVATE NUISIANCE

106.    Plaintiffs and the Class reallege and incorporate by reference all allegations contained in the preceding paragraphs as if fully set forth herein.

107.    Defendants' conduct constitutes a private nuisance.

108.    Plaintiffs and the Class have property rights and are privileged regarding the use and enjoyment of their homes, businesses, and properties. Defendants' actions and operations as described herein have unlawfully and unreasonably interfered with those rights and privileges.

109.    As a result of Defendants' creation of this nuisance, Plaintiffs and the Class have suffered harm and damages, including:

   a.    Damages to their personal and real property;

   b.    interference with their use and enjoyment of property;

   c.    annoyance, discomfort, and inconvenience on their property caused by Defendants' nuisance;

   d.    loss of peace of mind and emotional distress; and,

   e.    diminution of property value.

## COUNT IV
## TRESPASS

110.    Plaintiffs and the Class reallege and incorporate by reference all allegations contained in the preceding paragraphs as if fully set forth herein.

111.    Plaintiffs and the Class are, and were, lawfully entitled to possession of their property.

112.   Defendants, without permission, consent, or legal right, intentionally engaged in activities that resulted in concussions or vibrations entering Plaintiffs' and Class members' properties. Each such unauthorized invasion of property constitutes a trespass.

113.   Because of Defendants' trespass, Plaintiffs and the Class have suffered damages, including:

  a.   Damages to personal and real property;

  b.   interference with their use and enjoyment of property;

  c.   annoyance, discomfort, and inconvenience on their property caused by Defendants' trespass;

  d.   loss of peace of mind and emotional distress; and,

  e.   diminution of real estate property value.

## VII.   PUNITIVE DAMAGES

114.   The Defendants' actions, in knowingly causing seismic activity through their harmful disposal practices, constitute wanton or reckless disregard for public and private safety, and Defendants are therefore subject to a claim for punitive damages, for which Plaintiffs and the Class seek in an amount sufficient to punish the Defendants and to deter them from such conduct in the future.

## VIII.   CONTINUING NATURE OF WRONGDOING AND HARM TO PLAINTIFFS AND THE CLASS

115.   Defendants' injections of fracking waste continue within the Class Area, their wrongdoing is continuing, and moreover, the harm caused by their operations as alleged in this Petition continues to cause Plaintiffs and the Class to suffer the damages alleged in this Petition.

## IX.   DEMAND FOR JURY TRIAL

Plaintiffs and the Class respectfully demand a trial by jury.

## X.     PRAYER FOR RELIEF

WHEREFORE, Plaintiffs and the Class respectfully request the following relief:

a.     Judgments against each of the Defendants for their individual wrongdoing;

b.     an award for real and personal property damages, physical damages, market losses, loss of use and enjoyment of real property, and for emotional harm in an amount to be proven at trial;

c.     punitive damages;

d.     pre-judgment and post-judgment interest; and,

e.     all other relief to which Plaintiffs and the Class are entitled and the Court deems just and proper.

DATED: October 24, 2017

Respectfully Submitted,

William B. Federman, OBA # 2853
Carin L. Marcussen, OBA # 19869
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com
clm@federmanlaw.com


Robin L. Greenwald
Curt D. Marshall
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com
cmarshall@weitzlux.com

Scott Poynter
**POYNTER LAW GROUP**
400 W. Capitol Ave., Suite 2910
Little Rock, Arkansas 72201
Telephone: (501) 251-1587
scott@poynterlawgroup.com


Nate Steel
Alex T. Gray
Jeremy Hutchinson
**STEEL, WRIGHT, GRAY & HUTCHINSON**
400 W. Capitol Avenue, Suite 2910
Little Rock, Arkansas 72201
Telephone: (501) 251-1587
nate@swghfirm.com
alex@swghfirm.com
jeremy@swghfirm.com

*Attorneys for Plaintiffs and the Class*