**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

_____, _____.
(Plaintiff/Defendant)                    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/_____
Signature                                                   Date

_____
Print Name

Criminal Cases Only:        _____
                                          Firm

Retained or USA            _____
                                          Address

CJA Appointment

Federal Public Defender    _____
                                          City                         State                Zip Code

Pro Bono                        _____
                                          Telephone

CJA Training Panel          _____
                                          Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

_____ I hereby certify that on _____, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.


_____ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by on the following, who are not registered participants of the ECF System:

u1""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""
s/ Attorney Name

## EXHIBIT A-1

**Plaintiff in** *Jennifer Lin Cooper, on behalf of herself and all other residents of central Oklahoma similarly situated v. New Dominion, LLC et al.,* **Case No. CJ-2015-24 in the District Court of Oklahoma, Lincoln County**:  Jennifer Lin Cooper

**Plaintiffs in** *G. Terry Felts et al. v. Devon Energy Production Company L.P., et al.*, **Case No. CJ-2016-137 in the District Court of Oklahoma County:** G. Terry Felts; Deborah Felts; John Mirjanich, M.D.; Alvis Mcaffrey; Jerry Novakowski; Kelly Novakowski; Ron Wooden; Eva Wooden; Raymond Berlioz; Richard Novakowski; Debra Novakowski; Rick Sparks; and Shirley Sparks

**Plaintiff in** *Lisa Griggs and April Marler, on behalf of themselves and other Oklahoma citizens similarly situated v. New Dominion, LLC, et al.*, **Case No. CJ-2017-174 in the District Court of Logan County:** April Marler

**Plaintiffs in** *Greg and Janice Depew, et al. v. Sundance Energy Oklahoma, LLC, et al.,* **Case No. CJ-2019-4520 in the District Court of Oklahoma County:** Janice Depew; Thomas Maassen; Earl White; Shannon White; Sharon Stewart; Robert Talbot; Daphne Talbot; Lajuana Dennis; John Bunt; Barbara Bunt; Carol Corey; Kathryn Aitken; Robert Allen; Davinna Allensworth; Dennis Atkinson; Denise Austin; David Ball; Blake Barlow; David Beebe; Christine Brewer; Donald Brewer; Edwin Carr; Delores Carr; J. Pat Carter; Betty Claxton; Shirley Coleman; Debra Cooper; Troy Crews; Dawn Croteau; Sam Croteau; Denise Derycke; Michael Preston; James Doss; Steven Dummer; William Fogleman; Glenda Fogleman; Julia Frias; Larry Friend; Arthur Ganther; Katherine Ganther; Chris Gillespie; Rona Goodeagle; John Guadalupe; Anthony Hartz; Lauralee Hartz; Sam Harvey; Lynn Harvey; Shannon Harwell; Raymond Henneha; Darlene Rae Hitchcock; Matthew Hodge; Megan Hodge; Joy Jones; Kassidy Laesch; Linda Lavender; Roland Lozier; Lawrence Mantin; Ellen Maxwell; Theresa Mcdaniel; Eugene Mcdaniel; Gary Mcdonald; Shannon Mcdonald; Larry Murphree; Kelly Murphree; Mickey Nixon; Gary Piersol; Shannon Piersol; James Pike; Gary Puterka; Samuel Reynolds; Glyn Ridgewell; Rebecca Ridgewell; Tonda Robinson; Sherry Sappington; John Schwall; Angela Schwall; Sally Shupack; John Simpson; Nancy Simpson; Jeremy Smart; Rebecca Smith; Larry Starns; Nancy Starns; Sharon Strong; Michael Sullivan; Dawne Sullivan; David Swanson; Robert Traylor; Dan Vogel On Behalf of Fairfax Homeowners Association, Inc.; Shirley Weiss; Stan Weiss; Shannon Williams; and Robert Williams.

**Plaintiffs in** *LaCheverjuan Bennett, et al. v. Chaparral Energy, LLC, et al.*, **Case No. CJ-2018-58 in the District Court of Logan County:** Lacheverjuan Bennett; Jared Black; Carolyn Campbel; Ronald Campbell; Kenneth Campbell; Richard Campbell; Charles Canning; James Durley; Rick Farmer; Velma Glover; Kara Hammer; Patty Hazlewood; Mark Helberg; Caron Jarvis; Roy Jones; John Secondi; James Shiel; Marcella Shiel; John Thomas; Thomas Thomas; Manny Torres; Darlene Travis; Heather Trent; Gagelene Tyree; Cynthia Ward; Angela Watson; and Cleovis Watson, III

**Plaintiffs in** *Robert Mallett, et al. v. Chesapeake Operating, LLC, et al.,* **Case No. CJ-2019-261 in the District Court of Logan County**: Robert Mallett; Shannon Mallett; Russell Ray Pollard

1

Sarah Pressgrove; Thomas Pressgrove; Shalana Robb Moad; Shayla Hudson; Staci Richmond; William Richmond; and Virginia Lee Maguire

**Plaintiffs in *Adam Burt, et al. v. New Dominion, LLC*, Case No. CJ-2020-114 in the District Court of Cleveland County:** Adam Burt; Erin Burt; Allen Burke; Alvina Wilks; Americ Leeviraphan; Suzanne Leeviraphan; Arvil E. Smallwood; Vicki Smallwood; Barron Winters; Mistie Winteres; Brad K. Harber; Bradley Casper; Brenton Jaynes; Kristy Jaynes; Cali Hernandez; Jordan Hernandez; Clayton Adams; Dale Cheatham; Darren Peters; David H. Levan; Paula Levan; Debora Gamm; Robert Alexander, Sr.; Debrta Brennan; Delores Jackson; James Jackson; Diana Pierre; Edward C. Lorenzen; Eileen B. Caballero; Emily Buchanan; Nathan Buchanan; Gary Jones; Rita D. Jones; Gary Steven Pistole; Gayle Caskey; Harold Caskey; Grace J. Dotson; Greg Vollmer; Grover Turner; James Cooke; James Douglas Stafford; Lisa Stafford; James E. Horn; Janet Horn; James L. Pendley, Sr.; Jeanette Pendley; James Wallace; Pam Wallace; Shirley Chesser; Jane Louise Anderson; Jason G. Henson; Jerry Mcgee; Meghan Mcgee; Jonathan W.T. Lewis; Lisa Lewis; Jordan Breshears; Jose Luis Bosquez; Maria Diaz-Bosquez; Justin R. Barker; Keith Dougherty; Tammy B. Doughterty; Keith H. Finley; Kelly Key; Michael Key; Kristy Jaynes; Larry Jaynes; Leland Annesley; Linda Haskell; Richard Haskell; Lisa Birdwel; Ricky Birdwell; Lisa Wolf; William Wolf; Lyndall Young; Marca Lea Bennett; Marca Bennett; Margaret Reeves; Marieca Pilcher; William (Bill) Gardner; Marsha K. Sanders; Misty Dawn Pritchard; Mitchell C. Elmore; Mohammad Rahimi; Nancy R. Maxey; Nelson Jack Hayes; Pamela Gail Hayes; Oscar C. Smart, Sr.; Patricia Colson; Paul Crowl; Raven Crow; Rene Buss; Shane Buss; RL Montgomery; Sharon Ann Bruce; Sharon Wood; William Wood; Sonia Vega; Willie C. Washington, Jr.; and Daniel Witmer

**Plaintiffs in *Sherry Howard, et al. v. New Dominion, LLC*, Case No. CJ-2020-113 in the District Court of Cleveland County:** Sherry Howard; Guilidaloe Reyes; Laurie Harlow; Larry Harlow; Frank Riley; Rubelman Perdomo Padilla; Julian Ash; Rae Lemonier; Alverna Black; James Mccaughtry; Jackie Mccaughtery; Shirley Witkowski; and Tim Sweatte

**Plaintiffs in *Abbas Movlai, et al. v. Chesapeake Operating, LLC, et al.,* Case No. CJ-2019-262 in the District Court of Logan County:** Abbas Movlai; Janice Movlai; Alexander T. Lunn; Carolyn Lunn; Anthony "Tony" Kralik; Crissy Kralik; Arnold Burkett; Cheryl A. Burkett; Ben Young; Betty A. Foster; Beverly Hill-Wiggly; Billy Fuller; Richard Fuller; Sydney Fuller; Brandon K. Thornbrue; Krystal Thornbrue; Carla Maloy; Patrick Maloy; Cathy Perry; Wes Perry; Cynthia Graves; Darell Lantz; David Flanagan; David Main; Louise Main; Debbie Fisher; Jim Tatus; Deborah Calhoun; Jerry Calhoun; Don Neighbors; Raelene Neighbors; Donald Kincaid; Douglas Norman Smith; Edwin House; Lovenia House; Elaine Altom; Eldridge H. Kindle; Theresa M. Kindle; Eric Moore; Karen Moore; Eric Williams; Evelyn Colbert; Harold Colbert; Evelyn Nephew; Holly Rice; Sam Rice; Inman House; J. Ramon Avila; James E. Doss; James R. Montgomery, III; James Skipper; James Thomas; Jayson Davison; Jennie Kiser; Jerry Allmon; Mickey Allmon; Jesse Tischauser; Tara Tischauser; Jim E. Bean; Lisa K. Bean; Joe L. Rodriguez; John Craig; John Milburn; Stephanie Milburn; Jose Santana; Karen Thornbrue; Ronald Thornbrue; Keith Warrior; Kevin Beat; Leroy Anderson; Lighthouse Christian Center; Mangus Scott, Sr.; Marcos Chavez; Marilyn Duesterhaus; Marshall Dunlap; Martha Newcomb; Matthew Miller; Rachel Miller; Mike Leard; Sherri Leard; Misty B. Ellerby; Misty Graham; Ronald Graham; Mitzi

Potter; Scott Potter; Nancy J. Dye; Prentiss Nephew; Rachelle Caldwell; Robert Caldwell; Raymond Jordan; Rhonda Lynn Mccracken; Robert Lang; and Robin A. Lang