## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. CIV-21-547-D |
| v. | ) ) | |
| NEW DOMINION, LLC, *et al.* | ) ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is the Cooper Defendants' Motion for Judgment on the Pleadings [Doc. No. 35] under Fed. R. Civ. P. 12(c).  During the pendency of the Motion, Plaintiff filed an authorized Second Amended Complaint [Doc. No. 62], which "supersedes the [prior pleading] and renders it of no legal effect."  *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted); *see Predator Int'l, Inc. v. Gamo Outdoor USA, Inc*., 793 F.3d 1177, 1180-81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007).  Defendants' Motion seeks a judgment on claims that do not appear in the Second Amended Complaint, and therefore, the Motion is moot.

**IT IS THEREFORE ORDERED** that the Cooper Defendants' Motion for Judgment on the Pleadings [Doc. No. 35] is **DENIED**.

**IT IS SO ORDERED** this 7th day of March, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge