### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br>   Plaintiff, <br><br> v. <br><br> NEW DOMINION, LLC, *et al.* <br><br>   Defendants. | )<br>)<br>)<br>)<br>) Case No. CIV-21-547-D<br>)<br>)<br>)<br>)<br>) |

## **O R D E R**

Before the Court is Nonparty BITCO Insurance Companies' Motion to Quash [Doc. No. 58] under Fed. R. Civ. P. 45(d)(3). The Motion concerns a subpoena issued on behalf of certain defendants represented by attorney David Poarch and identified as the Cooper Defendants. In response to the Motion, these defendants have filed a Notice of Withdrawal of BITCO Subpoena [Doc. No. 65]. Due to developments after the subpoena was issued, the Cooper Defendants state that "the matters sought to be discovered within the BITCO subpoena are no longer at issue" and they "hereby withdraw their subpoena directed to BITCO." *Id.* ¶ 5. Under these circumstances, the Court finds that the Cooper Defendants should be permitted to withdraw their subpoena and BITCO's Motion has become moot.

**IT IS THEREFORE ORDERED** that the Cooper Defendants' subpoena to BITCO Insurance Companies is **WITHDRAWN**.

**IT IS FURTHER ORDERED** that Nonparty BITCO Insurance Companies' Motion to Quash [Doc. No. 58] is **DENIED** as moot.

2

**IT IS SO ORDERED** this 21st day of March, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge